# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JESSICA KIM,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

Case No. 2:18-CV-00815-BAT

**ORDER TO REMAND REMOVED ACTION**

**COMES NOW** the Parties, Plaintiff Jessica Kim and Defendant Allstate Insurance Company (hereinafter "Allstate") by and through their counsel of record, and respectfully move this court, via stipulation, as follows:

## I. STIPULATION

1. On May 18, 2018, Plaintiff Jessica Kim commenced an action in the Superior Court of the State of Washington for the County of King, entitled *Jessica Kim v. Allstate Insurance Company* as case number 18-2-12820-0-SEA (the "Action"). *See* ECF No. 1-1.

2. On May 11, 2018, a copy of the Summons and Complaint was served on the Insurance Commissioner of the State of Washington, as statutory agent for Defendant Allstate, at which time this action became removable. *See* ECF No.1-2.

3. On June 5, 2018, Defendant filed Notice of Removal Pursuant to 28 U.S.C §1332, 28 U.S.C §1441 and 28 U.S.C §1446 with the United States District Court for the Western District of Washington. *See* ECF No.1.

4. On June 5, 2018, Defendant completed the removal process by filing a copy of the notice of removal with the King County Superior Court.

5. The Parties have agreed that the Action should be remanded to the King County Superior Court as Plaintiff's claimed damages, inclusive of any and all costs and attorneys' fees, do not exceed the jurisdictional limits of $75,000.00. To that end, the Parties hereby stipulate that the Action be remanded to King County Superior Court.

The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

STIPULATED to this 11th day of June, 2018.

**COLE | WATHEN | LEID | HALL, P.C.**

_s/ Rory W. Leid, III_
Rory W. Leid, III, WSBA #25075

_s/ Jeremy L. Muth_
Jeremy L. Muth, WSBA #52055
*Attorneys for Defendant*
303 Battery Street
Seattle, WA 98121-1419
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | jmuth@cwlhlaw.com

**UNGER LAW GROUP PLLC**

_s/ Ronald L. Unger_
Ronald L. Unger, WSBA #16875
2155 112th Avenue NE
Bellevue, WA 98004
T: 425 990 1570
ronunger@ungerlawgroup.net

## II. ORDER

On June 14, 2018, the Parties in the above referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, **ORDERS** as follows:

1. The Parties' stipulation is approved;
2. Western District of Washington case No. 2:18-CV-00815-BAT, entitled *Jessica Kim v. Allstate Insurance Company*, is hereby remanded to King County Superior Court.

DATED this 15th day of June, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge